IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 10) is GRANTED finding good cause shown.  The written Protective Order (docket no. 10-1) is APPROVED and made an Order of Court.

    It is FURTHER ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 11) is MOOT and therefore DENIED since the identical motion was filed as docket no. 10.  See above.

Date: November 19, 2013