# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.** 13-cv-02665-MSK-MJW         FTR - Courtroom A-502

**Date:** January 22, 2014                      Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| SCOTT BAKER, | David M. Larson |
| Plaintiff(s), | |
| v. | |
| NRA GROUP, LLC, a Pennsylvania limited liability company, | Steven J. Wienczkowski |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 1:30 p.m.
Court calls case. Appearances of counsel.

The Court raises defendant's Motion to Maintain Confidentiality of Documents [Docket No. 23, filed December 16, 2013] and defendant's Motion to Compel Pursuant to Fed. R. Civ. P. 37 [Docket No. 25, filed January 03, 2014] for argument.

Argument by both sides.

**It is ORDERED:** Defendant's Motion to Maintain Confidentiality of Documents [Docket No. **23**, filed December 16, 2013] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:** Defendant's Motion to Compel Pursuant to Fed. R. Civ. P. 37 [Docket No. **25,** filed January 03, 2014] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Defendant shall file a REPLY as to Defendant's Motion to Compel Pursuant to Fed. R. Civ. P. 37 [Docket No. **25,** filed January 03, 2014] on or before **JANUARY 29, 2014.**
Counsel shall meet and confer as to whether or not the address and telephone number information is in the public domain, and whether that issue is moot.
In its Reply, defendant shall advise the Court, based on the supplemental responses provided by Plaintiff, as to whether the claim of privilege is moot.

Hearing concluded.

**Court in recess:** 3:08 p.m.
Total In-Court Time:   01:38

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.