IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that NRA Group, LLC's Motion for Clarification Regarding Court Order (docket no. 33) IS DENIED as MOOT since NRA Group, LLC has now filed NRA Group, LLC's Amended Motion for Clarification Regarding Court Order (docket no. 33) [docket no. 34] which supercedes docket no. 33.

    It is FURTHER ORDERED that Plaintiff shall file a response to NRA Group, LLC's Amended Motion for Clarification Regarding Court Order (docket no. 33) [docket no. 34] on or before February 13, 2014.

Date: February 3, 2014