IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that NRA Group, LLC's Amended Motion for Clarification Regarding Court Order (docket no. 32) [docket no. 34] is GRANTED.

This Court's previous Order Regarding Defendant NRA Group, LLC's Motion to Compel Pursuant to Fed. R. Civ. P. 37 (docket no. 25) and Defendant NRA Group, LLC's Motion to Maintain Confidentiality of Documents (docket no. 23) [docket no. 32] is amended as follows. Defendant NRA Group, LLC's Motion to Compel Pursuant to Fed. R. Civ. P. 37 (docket no. 25) is now GRANTED IN PART AND DENIED IN PART. This motion (docket no. 25) is GRANTED as to interrogatory no. 24 and request for production no. 21. Plaintiff shall provide responses to interrogatory no. 24 and request for production no. 21 on or before March 14, 2014. The remainder of motion (docket no. 25) is DENIED. Docket no. 32 is amended consistent with this Order.

Based upon the subject motion (docket no. 34), the response (docket no. 40) and reply (docket no. 41), there appears to have been a misunderstanding between this court and counsel as to their relative positions and proffers concerning Defendant NRA Group, LLC's Motion to Compel Pursuant to Fed. R. Civ. P. 37 (docket no. 25) and Defendant NRA Group, LLC's Motion to Maintain Confidentiality of Documents (docket no. 23) at the motions hearing held on January 22, 2014. Accordingly, I find that my Order Regarding Defendant NRA Group, LLC's Motion to Compel Pursuant to Fed. R. Civ. P. 37 (docket no. 25) and Defendant NRA Group, LLC's Motion to Maintain Confidentiality of Documents (docket no. 23) [docket no. 32] did not address interrogatory no. 24 and request for production no. 21 in Defendant NRA Group, LLC's Motion to Compel Pursuant to Fed. R. Civ. P. 37 (docket no. 25). This court now finds that the objections raised by plaintiff to interrogatory no. 24 and request for production no. 21 are overruled, and that plaintiff shall provide responses to interrogatory no. 24

and request for production no. 21 on or before March 14, 2014.

Date: February 24, 2014