IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Stipulated Motion to Amend the Scheduling Order to Extend the Discovery and Dispositive Motion Deadlines (Docket No. 43) is GRANTED.  The Scheduling Order (Docket No. 21) is amended to extend the discovery cut-off date to May 12, 2014 and the dispositive motions deadline to June 13, 2014.

Date: March 6, 2014