IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion to File the First Amended Complaint and Jury Demand (Docket No. 47) is GRANTED. The First Amended Complaint (Docket No. 47-1) is accepted for filing as of the date of this order.

Date: March 24, 2014