IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02665-MSK-MJW

SCOTT BAKER,

Plaintiff,

v.

NRA GROUP, LLC, a Pennsylvania limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel the Defendant's Responses to the Plaintiff's Written Discovery Requests Pursuant to Fed. R. Civ. P. 26, 33, 34, 36, and 37 (docket no. 57) is DENIED for the following reasons.

The court finds that after reviewing the E-mails (docket no. 60-1) Defendant NRA Group, LLC's Responses to Plaintiff First Set of Interrogatories dated December 23, 2013 (docket no. 60-3), Defendant NRA Group LLC's Second Supplemental Responses to Plaintiff First Set of Interrogatories dated March 26, 2014 (docket no. 60-2), and the portion of the videoconference deposition transcript of Ashley A. Chille taken on March 18, 2014 (docket no. 60-4), that Defendant has fully responded to Plaintiff's discovery requests in the subject motion (docket no. 57). Accordingly, the motion should be denied.

It is FURTHER ORDERED that Plaintiff's Motion to Extend the Dispositive Motion Deadline (docket no. 61) is DENIED. "Good Cause" means that the scheduling deadlines cannot be met despite a party's diligent efforts." Colorado Visionary Academy v. Medtronic, Inc., 194 F.R.D. 584, 587 (D. Colo. 2000) (quoting Dilmar Oil Co., Inc. v. Federated Mutual Ins. Co., 986 F. Supp. 959, 980 (D.S.C. 1997), aff'd, 129 F.3d 116 (4th Cir. 1997)). Based upon the record of court proceedings and the procedural facts of this case, this court finds that Plaintiff has failed to demonstrate "good cause" to extend the deadline to file dispositive motions.

Date: July 7, 2014